RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kimberly Stamps

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>KIMBERLY STAMPS,<br><br>       Defendant. | Case No. 2:24-cr-00258-JAD-DJA-1<br><br>**STIPULATION TO PERMIT VIDEOCONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kimberly Stamps, that the Initial Appearance currently scheduled on December 23, 2024, occur by videoconference.

This Stipulation is entered into for the following reasons:

1.   The defendant has been summoned for an initial appearance on December 23, 2024.

2.   The defendant lives in Arizona.

3.   The government does not oppose the defendant making her appearance by videoconference.

4. The defendant understands that she has a right to appear in person in court for the initial appearance. She has been advised of the nature of the proceedings and of her right to appear in person. Understanding her right to appear in person, she knowingly and voluntarily waives her right to appear at the proceeding in person, and consents to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available.

5. The parties therefore respectfully request that the defendant's December 23, 2024 initial appearance occur by videoconference.

This is the first request filed herein.

DATED this 6th day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Richard Anthony Lopez<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY STAMPS,<br><br>    Defendant. | Case No. 2:24-cr-00258-JAD-DJA-1<br><br>**ORDER** |

    IT IS ORDERED that the Initial Appearance currently scheduled for Monday, December 23, 2024 at 2:30 p.m., occur by videoconference.

    DATED this 9th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3