# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00258-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| KIMBERLY STAMPS, | |
| Defendant. | |

This matter is before the Court on the United States' motion to adopt its Proposed Complex Case Schedule. (ECF No. 15). The Defendant filed a response (ECF No. 22) to which the United States replied (ECF No. 23). The parties' only disagreement regarding the proposed schedule is the time within which the United States must disclose its witness and exhibit list, and the timing of the disclosure of the United States' Jencks material. The United States believes they should provide the witness and exhibit list 30 days prior to trial and Jencks material 15 days prior to trial. (ECF No. 23). The defense believes the United States should provide their exhibit and witness list 120 days prior to trial with updated amendments every 30 days thereafter and Jencks material 90 days prior to trial. (ECF No. 22).

Having considered the parties' respective positions, IT IS HEREBY ORDERED that the Court grants in part and denies in part the United States' motion to adopt proposed complex case schedule (ECF No. 15) and orders as follows:

1. <u>Complex Case</u>: This is a complex case within the meaning of that term under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (ii).

2. <u>Pretrial Motions</u>:

    a. All pretrial motions shall be due 120 days before the trial date;

    b. Responses are due 21 days after the filing of a pretrial motion;

        c.      Any replies in support of a pretrial motion are due 7 days after the filing of a response;

        d.      Motions in limine shall be due 45 days before the trial date; and

        e.      Responses are due 14 days after the filing of a motion in limine.

3.    <u>Status Conference</u>:  The parties may request a status conference if they believe one is necessary.

4.    <u>The Parties' Discovery Obligations</u>:

        a.      The United States has already begun providing its Rule 16 disclosures to the Defendant and, consistent with its ongoing discovery obligations, will turn over additional Rule 16 materials as they become available.

        b.      The United States has provided an inventory of non-electronic original evidence and will continue to make non-electronic original evidence available for inspection and copying by arrangement with counsel for the defendant.

        c.      The United States has conducted keyword searches in databases for investigations it knows to bear some association to the scheme set forth in the Indictment and produced resulting discovery, with the exception of a database related to a Canadian payment processor, which the United States will continue to make available for inspection in Washington, D.C.

        d.      The United States shall make disclosures related to expert witness testimony no later than on or before 120 days before the date set for trial by this Court, to allow for sufficient trial preparation.

        e.      The Defendant's reciprocal Rule 16 disclosures, specifically including disclosures related to expert witness testimony and notices of defenses (including any advice-of-counsel defense), shall be made no later than on or before 90 days before the trial date.

5.    <u>Witness/Exhibit List and Jencks Material</u>:

        a.      The United States shall provide the Defendant a witness list and exhibit list 60 days prior to trial.

      b.    The United States shall provide Defendant Jencks material 30 days prior to trial.

**IT IS SO ORDERED.**

DATED: June 12, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE